UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN C. CAMPBELL,

        Petitioner,        Case no. 06-10433
                                           HON. JOHN CORBETT O'MEARA
v.

LINDA M. METRISH,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    The Court having reviewed the Report and Recommendation, filed December 21, 2007, by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court.

    IT IS FURTHER ORDERED that the petition for writ of habeas corpus is DENIED.


                                                s/John Corbett O'Meara
                                                United States District Judge

Date: February 08, 2008

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on February 08, 2008, electronically and/or by U.S. mail.

                                      s/William Barkholz
                                      Case Manager